IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| JAY WILLIAMS | § | |
| v. | § | CIVIL ACTION NO. 6:23cv354 |
| JUDGE NANCY PERRYMAN, ET AL. | § | |

<u>ORDER OVERRULING OBJECTIONS AND ADOPTING<br>THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>

Plaintiff Jay Williams, an inmate currently confined in the Henderson County Jail in Athens, Texas proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983.

This Court referred the matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this Court. On August 17, 2023, the magistrate judge recommended dismissing the action pursuant to 28 U.S.C. § 1915(g) with prejudice as to the refiling of another *in forma pauperis* lawsuit raising the same claims, but without prejudice to the filing of the lawsuit upon payment of the statutory filing fee or proof that the Plaintiff is in imminent danger of serious physical injury related to the basis of the complaint.

Plaintiff has not filed objections to the report. Since the report was entered, however, Plaintiff has filed a motion seeking the release of all his family members from jail and for the arrest of unspecified Henderson County officials, a "notice of writ of prohibition" asking that state district judge Nancy Perryman release individuals identified as Hailie and Charles Williams from "involuntary servitude," a notice complaining that the Twelfth Judicial District Court of Appeals denied him an emergency hearing even though his son Jordan Williams is in immediate danger of dying, and a motion that arrests of unspecified individuals be made and a grand jury be empaneled to seek criminal charges for various alleged offenses committed against Plaintiff's family members.

None of these documents allude to the magistrate judge's report or the basis of the recommendation for dismissal, and thus cannot be construed as objections to this report. Even were

the Court to construe these documents as objections, a *de novo* review of such objections in relation to the pleadings and the applicable law demonstrates that they are without merit. *See* Fed. R. Civ. P. 72(b).

## O R D E R

Accordingly, Plaintiff's objections are OVERRULED. The findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is ADOPTED. A final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

**SIGNED this 8th day of November, 2023.**

Michael J. Truncale
United States District Judge