IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

JAY WILLIAMS

    Plaintiff

v.                                                  Case No. 6:23cv354-MJT-ZJH

JUDGE NANCY PERRYMAN, ET AL.

    Defendants

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Plaintiff Jay Williams, proceeding *pro se*, filed the above-styled and numbered civil action complaining of alleged violations of his constitutional rights. The case was reassigned to the undersigned after the recusal of other judges and was referred to United States Magistrate Judge Zack Hawthorn for findings of fact, conclusions of law, and recommendations for disposition of the case.

The lawsuit was dismissed on November 18, 2023. On February 12, 2024, Plaintiff filed a motion for relief from judgment under Fed. R. Civ. P. 60(b). On April 4, 2024, the Magistrate Judge issued a Report observing that Plaintiff did not set out any valid grounds for relief from judgment and recommending that the motion be denied. In apparent response to this Report, Plaintiff filed a letter on April 17, 2024, reading, in its entirety, as follows:

> Jay Williams has jurisdiction: D-1-GN-23-005013.
> Contact Lawyers!
> DOJ IS PURE EVIL!
> DOJ CANNOT BE TRUSTED!
> TREASONOUS INDIFFERENCE!
> EXTREME INDIFFERENCE TOWARDS HUMAN LIFE!

Respectfully, Jay Williams.

The Court has construed Plaintiff's letter as objections to the Report and has conducted a careful *de novo* review of these objections and the Magistrate Judge's Report. *See* 28 U.S.C. § 636(b)(1) (District Judge shall "make a *de novo* determination of those portions of the report or

specified proposed findings or recommendations to which objection is made.") Upon such *de novo* review, the Court has determined that the Report of the Magistrate Judge is correct, and the Plaintiff's objections are without merit. It is accordingly

ORDERED that the Report of the Magistrate Judge is ADOPTED as the opinion of the District Court. It is further

ORDERED that the Plaintiff's motion for relief from judgment is DENIED. FED. R. CIV. P. 60(b).

**SIGNED this 20th day of September, 2024.**

_____
Michael J. Truncale
United States District Judge